**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL ELAM, | No. C-05-4179 BZ |
| Plaintiff, | |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, | |
| Defendant. | |
| _____/ | |
| WENDELL ELAM, | No. C-10-00938 EDL |
| Plaintiff, | **JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, | |
| Defendant. | |
| _____/ | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned cases to Magistrate Judge Bernard Zimmerman to consider whether these cases are related in light of the fact that Plaintiff stated on his Application to Proceed In Forma Pauperis that claims raised in case number C-10-938 EDL have previously been presented in C-05-4179 BZ. Plaintiff may file any response in opposition to or support of relating the cases within seven days of receipt of this Order.

**IT IS SO ORDERED.**

Dated: April 21, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge