IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDELL ELAM,

    Plaintiff,

  v.

KAISER FOUNDATION HEALTH PLAN,
OPEIU LOCAL 29,

    Defendant.
                               /

No. C 10-00938 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: June 14, 2010.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE